

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-20-2007

# Debenedictis v. Merrill Lynch & Co

Precedential or Non-Precedential: Precedential

Docket No. 06-1867

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation
"Debenedictis v. Merrill Lynch & Co" (2007). *2007 Decisions.* Paper 834.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/834

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 06-1867
_____

THOMAS J. DEBENEDICTIS, ON BEHALF OF HIMSELF AND
ALL OTHERS SIMILARLY SITUATED,
 Appellant

v.

MERRILL LYNCH & CO., INC.; MERRILL LYNCH, PIERCE, FENNER &
SMITH, INCORPORATED; MERRILL LYNCH GROUP, INC.;
FAM DISTRIBUTORS, INC.; MERRILL LYNCH INVESTMENT MANAGERS, L.P.;
FUND ASSET MANAGERS, L.P.; PRINCETON SERVICES, INC.
_____

On Appeal from the United States District Court
for the District of New Jersey
D.C. Civil Action No. 04-cv-00404
(Honorable Jose L. Linares)
_____

Argued April 23, 2007

Before: SCIRICA, *Chief Judge,*
FUENTES, and ALARCÓN,[*] *Circuit Judges*.

**ORDER AMENDING OPINION**

At the direction of the Court, the opinion filed on June 18, 2007 is amended to include Samuel J. Lieberman, Esq. as counsel for Appellees and to correct the firm name. The designation is amended as follows:

_____

[*]The Honorable Arthur L. Alarcón, Senior Judge of the United States Court of Appeals for the Ninth Circuit, sitting by designation.

LORI A. MARTIN, ESQUIRE (Argued)
SAMUEL J. LIEBERMAN, ESQUIRE
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
30th Floor
New York, NY 10022

For the Court,

/s/Marcia M. Waldron
Clerk